TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569
     Facsimile: (213) 894-0142
     E-mail: Victor.Rodgers@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $117,200.00 IN US CURRENCY | 2:21-CM-00213<br><br>STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |

It is hereby stipulated by and between the United States of America ("United States" or "the government") and claimant Jeremy Kottler("claimant") by and through their respective attorneys, as follows:

1.   Pursuant to the claim that the United States alleges was received by the Federal Bureau of Investigation (the "FBI") on June 17, 2021, claimant filed a claim in the FBI administrative forfeiture proceedings to $117,200.00 in U.S. Currency (United States Asset

1  Identification Number 21-FBI-003219).  The $117,200.00 in U.S.
2  Currency is hereinafter referred to as the "property."
3       2.   It is the United States' position that the FBI sent the
4  written notice of intent to forfeit required by 18 U.S.C.
5  § 983(a)(1)(A) to all known interested parties, the time has expired
6  for any person to file a claim to the property under 18 U.S.C. §
7  983(a)(2)(A)-(E), and no person other than claimant has filed a claim
8  to the property as required by law in the administrative forfeiture
9  proceedings.
10      3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
11 required to file a complaint for forfeiture against the property
12 alleging that the property is subject to forfeiture within 90 days
13 after a claim has been filed in the administrative forfeiture
14 proceedings, which in this case would be September 15, 2021, unless
15 the court extends the deadline for good cause shown or by agreement
16 of the parties.
17      4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
18 by agreement to extend to December 14, 2021 the time in which the
19 United States is required to file a complaint for forfeiture against
20 the property alleging that the property is subject to forfeiture, so
21 that the government can investigate this matter and determine whether
22 this matter can be settled without the government having to initiate
23 a civil judicial forfeiture action.
24      5.   Claimant knowingly, intelligently, and voluntarily gives up
25 any right claimant may have under 18 U.S.C. § 983(a)(3)(A)-(C) to
26 require the United States to file a complaint for forfeiture against
27 the property alleging that the property is subject to forfeiture by
28 September 15, 2021 and any right claimant may have to seek dismissal

of any complaint on the ground that it was not filed on or before such date.

6.   The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture shall be extended to December 14, 2021.

SO STIPULATED.

DATED: August 23, 2021        TRACY L. WILKISON
                              Acting United States Attorney
                              SCOTT M. GARRINGER
                              Assistant United States Attorney
                              Chief, Criminal Division
                              JONATHAN GALATZAN
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                               /s/ Victor A. Rodgers
                              VICTOR A. RODGERS
                              Assistant United States Attorney

                              Attorneys for
                              UNITED STATES OF AMERICA


DATED: August 23, 2021        PAUL L. GABBERT


                                /s/ Paul L. Gabbert
                              PAUL L. GABBERT

                              Attorney for Claimant
                              JEREMY KOTTLER

3

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On August 23, 2021, I served a copy of: **STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:**

**Paul L. Gabbert, Esq.**
**2530 Wilshire Boulevard, 2nd Floor**
**Santa Monica, CA 90403**

 **X**  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

**Executed on August 23, 2021 at Los Angeles, California.**

*/s/ Paul J. Read*
**Paul J. Read**
Paralegal, FSA