UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN THE MATTER OF THE SEIZURE OF $117,200.00 IN US CURRENCY | 2:21-CM-00213 [PROPOSED] ORDER EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE |
|---|---|

Pursuant to the stipulation and request of the parties, and good cause appearing therefor,

IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by which the United States of America shall be required to

///
///
///
///
///
///
///
///
///

file a complaint for forfeiture with respect to $117,200.00 in U.S. Currency shall be extended to December 14, 2021.

DATED: _____              _____
                                            UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On August 23, 2021, I served a copy of: **[PROPOSED] ORDER EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:**

**Paul L. Gabbert, Esq.**
**2530 Wilshire Boulevard, 2nd Floor**
**Santa Monica, CA 90403**

 **X**  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on August 23, 2021 at Los Angeles, California.

*/s/ Paul J. Read*
**Paul J. Read**
Paralegal, FSA