UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $117,200.00 IN US CURRENCY | 2:21-CM-00213-FMO<br><br>ORDER EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor,

IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by which the United States of America shall be required to

///
///
///
///
///
///
///
///

file a complaint for forfeiture with respect to $117,200.00 in U.S. Currency shall be extended to February 14, 2022.

DATED: December 13, 2021

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA